Date/Time Issued: 7/30/02 0810
To: Shorter   42863-083
   (Name)       (Reg. No.)
By: [signature] (Staff)

# FEDERAL CORRECTIONAL COMPLEX
## PETERSBURG, VIRGINIA
### ADMINISTRATIVE REMEDY ATTEMPT AT INFORMAL RESOLUTION

Program Statement 1330.13, Administrative Remedy Procedures for Inmates, requires an inmate, in most cases, to make an attempt at informal resolution prior to filing an administrative remedy. An inmate with a complaint should complete the first three sections below and submit the form to his Correctional Counselor.

1. William Shorter, JR  3/July/03    42863-083        Caroline Hall
   Name & Date                        Reg. No.          Housing Unit

2. NATURE OF THE COMPLAINT (state briefly what the problem is and what you have done to resolve problem: Deliberate Medical Indifference to serious Medical Needs. Heart Problems, and other disabilities. See Attach sheet as page 2.

3. WHAT RESOLUTION DO YOU WANT?: Monetary damage against all Medical Care B.O.P persons, wheelchair I can get around in with out suffering severe pain, Medication on time, soft shoes for inside, Crushing. Be free Clean second Hand Smoke,

   **TO BE COMPLETED BY STAFF**
   THERE IS NO PROBLEM WHICH CANNOT BE INFORMALLY RESOLVED

4. EFFORTS MADE BY STAFF TO RESOLVE PROBLEM (Include discussion of policy or problem with Inmate, contact with staff, etc.) Talked to the medical staff and they stated that all your medical concerns are addressed when they are brought to their attention. It was also stated that if you run out of medication you can go to sick call to see about

5. COUNSELOR'S COMMENTS (Was problem Informally resolved, If not why?): No Inmate Shorter was not satisfied with what medical had to say and wants to take his complaint to the next level

   [signature] 8/6/03
   Correctional Counselor/Date

UNIT MANAGER REVIEW (If problem not informally resolved by Counselor, did you discuss problem with inmate in effort to resolve):  ___ YES   ✓ NO

IF ANSWER YES (Was problem resolved?):  ___ YES   ✓ NO

   [signature] 8/6/03
   Unit Manager/Date

Date Informal received from Inmate: _____        Date BP-9 Issued to Inmate: 8/6/03