William Shorter, Jr.    42-863-083    Carswell Unit

1-B

On or about the 23 August 2002, at approximate 10 A.M, I suffer a heart attack and was taken to the hospital on the Compound at Elkton Ohio, The P.A there took my blood presure and sent me back to my housing unit, To be quite, at or about 3. p.m the same day I had a Second Heart Attack which caused a great deal of damage to my heart, which can not be medically Repaired, I Now suffer and continue to suffer chest pain, Numbness In my Arms and face, shortness of breath, headaches, I am not getting my medication when it is due, along with other medical concerns, due To the medical staff here I feel that my life Is In great danger, when I can not get my medication. Since I have arrived here at petersburg, I have been without medication on several occasions. The Heat is causing me problems, and can't breath. I have wrote cop-outs to Ms. Y. Aponte-Rentro with No respond what so ever.

Thank you
Wm/ Shorter Jr

**FILED**

JUN 20 2005

NANCY MAYER WHITTINGTON,
U.S. DISTRICT COURT