UNICOR FEDERAL PRISON INDUSTRIES INC.
LEAVENWORTH, KANSAS Phone (913) 682-8700 ext.465

U.S. DEPARTMENT OF JUSTICE                               REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Shorter, William Jr** | **42863-083** | **Caroline Hall** | **FCI Petersburg**
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

Part A- INMATE REQUEST  Someone is not telling the Truth, enclosed is a copy of the Cop-out I sented to Mrs. Aponte dated 3/18/2003, I never got a respond. Deliberate Medical Indifferent to serious Medical Needs. Heart Problems and other medical disabilities. I want monetary damage against all medical care B.O.P persons known and unknown. See exhibits-1 with pag 2, Exibits-2, Cop-out to Mrs. Aponte, dated 3/18/2003. The second Hand smoke in Caroline Hall is causing me all kinds of medical Problems. Why are inmates in a No smoking unit have smoking Materials and are Alowed to buy the items at the store.

7 AUG 2003
DATE                                                        SIGNATURE OF REQUESTER

Part B- RESPONSE

**FILED**

**JUN 2 0 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**05 1203**

_____                                        _____
DATE                                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                  CASE NUMBER: _____

                                                            CASE NUMBER: _____

Part C- RECEIPT