BP-S148.055  INMATE REQUEST TO STAFF  CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Hospital Administrator - Mrs. Aputa | 3/18/2003 |
| FROM: William Shockey JR | REGISTER NO.: 42 863 083 |
| WORK ASSIGNMENT: Medical UNASG: | UNIT: Caroline Hall |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am a 100% service connected disable Veteran. I have several medical concerns that has not been address here at FCI-Petersburg. 1. Need a wheelchair that I can get around in under my own power, that will not cause me more pain and stress (with cushions). 2. Need another back brace of the same type I have. 3. Soft Shoe that I do not need to tie up. 4. Insert for Toilet Handicap. Issue me the above or have the V.A. supply me with what I need. I want to be able to do for myself. Please try to interview me as to my above request. I await your earliest respond. I thank you!

(Do not write below this line)

DISPOSITION:

**FILED**

JUN 20 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| Signature Staff Member | Date | 05 1203 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper