Response to Request for Administrative Remedy
Remedy ID: 308455-F1

This is in response to your Request for Administrative Remedy, #308455-F1, receipted in this office on August 13, 2003, in which you complain you cannot get refills of your medication, you are having problems with your heart and inmates are smoking in a non-smoking housing unit. You also request a wheelchair and monetary damages.

Your complaint has been investigated and it has been determined that you are being followed in the chronic care clinic and will continue to see the medical officer assigned to your care. You can receive medication refills by following sickcall procedures if you run out of medication between chronic care visits. You have been evaluated by the Cardiologist and received a Cardiac Catherization which indicated that your heart condition is stable and you are responding well to the treatment you are receiving. In regards to your wheelchair, you will need to discuss that with the medical officer assigned to your care at your next chronic care visit. At that visit, it can be determined what is medically indicated.

You also raise the issue that inmates are smoking in a non-smoking housing unit. It is the responsibility of staff and inmates to abide by the established smoking regulations. Inmates are encouraged to notify staff of violations in the non-smoking areas of the institution to ensure violators are held accountable for their actions.

Your request for monetary damages is not an appropriate request under this procedure. The Administrative Remedy Procedures does not provide for monetary compensation. However, if you wish to pursue this issue, you may follow the procedures in the Federal Tort Claims Act.

Therefore, your request for a wheelchair is denied at this time until you are evaluated to determine if the equipment is medically indicated. Your request for monetary damages is also denied under the Administrative Remedy Procedures.

If you are dissatisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Mid-Atlantic Office, 10010 Junction Drive, Suite 100-N, Annapolis Junction, MD 20701. Your appeal must be received in the Regional Office within 20 calendar days of this response.

FILED
JUN 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1203

_____9-8-03_____          _____Joseph M. Brooks_____
Date                         Joseph M. Brooks, Warden