U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: **Shorter, William JR**     42863-083     Caroline /#11     Petersburg
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

### Part A—REASON FOR APPEAL

On 09/09/2003, I visited Dr. Laybourne, the Choronic Care Doctor assigned. At the time, she resolved the medication problem, by refilling my medication for six month period. As for the rest of my medical requests and concerns she did nothing to resolve those issues:

[1] A safer and larger wheelchair with cushion, to ease the severe back and leg pain I am experiencing.

[2] Replacement of my back brace, due to the wear and tear on my old one, it is not performing the way it use to.

[3] Slip-on medical shoes, because I <u>cannot</u> bend down to put on my shoes on, or tie them up.

[4] I want to be paid for damages that the B.O.P. has caused to my heart, there are circustances here the administrative procedure do provide monetary compensation. Dr. Laybourne has been continually to put me off by the line " I got to talk to Mrs. Aponte". In the mean time, I continue to suffer, while the B.O.P. Personel knows that I was already 100% disable from military services, and that I have suffered two (2) heart attacks while in their custody, this is a classic case of the B.O.P. "dragging the (See attachment..)

**22 September 2003**                   *William Shorter Jr*
   DATE                                                          SIGNATURE OF REQUESTER

### Part B—RESPONSE

RECEIVED
OCT - 9 2003
BUREAU OF PRISONS
MARO REGIONAL COUNSEL

FILED
JUN 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____            _____
DATE                                                       REGIONAL DIRECTOR

dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                             CASE NUMBER: _____

### Part C—RECEIPT

CASE NUMBER: **05 1203**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____            _____
DATE                                                       SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982