ATTACHMENT...

wegon around", and protecting the negotiate [negligent] and deliberate medical indifference conduct, of the co-workers, although they did the cardiac catherization procedure, <u>after</u> many complaints, the damage was already done, I still have problems with my heart and breathing problems. I AM STILL BEING EXPOSED TO SECOND HAND SMOKE. I need to be placed in a unit where there is no smoking whatsoever.

Date: 22 September 2003                    /s/ William Shutts

FILED

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1203