ADMINISTRATIVE REMEDY REGIONAL APPEAL
PART B - RESPONSE

Date Filed: October 9, 2003                Remedy I.D. No: 308455-R1

You appeal the Warden's response to your Request for Administrative Remedy. You claim staff are indifferent to your medical needs.

Monetary damages are not available through the administrative remedy program. Should you wish to pursue monetary damages, you may file a claim under the Federal Tort Claims Act.

Review of your appeal with institution staff indicates you were examined by the physician who ordered additional testing. The physician did not see a need to replace the items you requested for your wheelchair. Any additional treatment options will be discussed with you following completion of the testing ordered by the physician. There is no evidence to support your claim of indifference to your medical needs.

Your appeal of the Warden's response is denied. If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534. Your appeal must be received in the General Counsel's Office within 30 days from the date of this response.

NOV 0 3 2003
Date

K. M. White, Regional Director
Mid-Atlantic Regional Office

**FILED**

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1203