UNITED STATES GOVERNMENT

# Memorandum

Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

DATE: December 10, 2004

REPLY TO
ATTN OF: Henry J. Sadowski, Regional Counsel

SUBJECT: Administrative Tort Claim No. TRT-NER-2004-04204

TO: William Shorter, Reg. No. 42863-083
FMC Lexington

Your Administrative Tort Claim No. TRT-NER-2004-04204, received by this agency on July 15, 2004, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. You seek compensatory damages in the amount of $1,500,000.00 for an alleged personal injury. Specifically, you claim that you were denied medical care while suffering a heart attack on August 13, 2002, at FCI Elkton, Ohio. You contend that when you went to sick call at approximately 10:00 a.m., a physician assistant refused to let you see a medical doctor and sent you back to your cell although you were having a heart attack. You state you then had a second heart attack at 3:00 p.m., and were sent to outside hospital at that time. You claim to have suffered damage to your heart tissue.

After careful review of this claim, I have decided not to offer a settlement. Investigation reveals you were evaluated at approximately 3:25 p.m. in the Health Services Department as an emergency because you were having severe chest pain. An EKG was done and revealed acute changes, indicative of a heart attack. Medical staff treated you with intravenous morphine, aspirin and Nitroglycerine, and also administered oxygen to you. You were then transported to a local community hospital via ambulance, where you received further medical care. Your allegation that you came to sick call at 10:00 a.m. is not supported by your medical records. Further, medical records from the local hospital indicate that you informed their medical staff that you had chest discomfort for the previous three days, but you were "trying to tough it out." The medical records indicate you received appropriate medical care, consistent with community standards. There is no evidence of negligence on the part of any Bureau of Prisons' staff in this matter.

Accordingly, your claim is denied. If you are dissatisfied with this decision, you may seek reconsideration from this office or bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this memorandum.

cc: Joe Booker, Jr., Warden, FMC Lexington
    T. R. Sniezek, Warden, FCI Elkton

**FILED**

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1203