FILED

JUN 20 2005
10/03
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | | |
|---|---|---|---|
| Food & Friends, Inc. | ) | | |
| | ) | | CASE NUMBER 1:05CV01211 |
| vs  Plaintiff | ) Civ | | JUDGE: Colleen Kollar-Kotelly |
| Curves International, Inc.; Fitness Management LLC; Curves Cleveland Park; and Does 1-50. | ) ) ) ) | | DECK TYPE: General Civil |
| Defendant | ) | | DATE STAMP: 06/20/2005 |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Food & Friends, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Food & Friends, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

436482
BAR IDENTIFICATION NO.

Steven B. Fabrizio
Print Name

601 Thirteenth Street, N.W., Suite 1200 South
Address

Washington, D.C.   20005
City         State         Zip Code

(202) 639-6040
Phone Number

5
4