U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO: Joseph M. Brooks, Warden (off. cap.)
F.C.I.
POB 10
Elkton, OH 44415

Civil Action, File Number 05-1203 RBW

William Shorter, Jr
V.
Harrell Watts, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

...part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ...ose. Keep copy 3 for your records.

...OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...ther entity, you must indicate under your signature your relationship to that entity. If ...uthorized to receive process, you must indicate under your signature your authority.

...2 of this form to the sender within ___ days, you (or the party on whose behalf you ...curred in serving a summons and complaint in any other manner permitted by law.

...this form, you (or the party on whose behalf you are being served) must answer the ...were sent. If you fail to do so, judgment by default will be taken against you for the

...otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

...OF RECEIPT OF SUMMONS AND COMPLAINT

...ed a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

05-1203 8-4-05 3727

1. Article Addressed to:

Joseph M. Brooks, Warden
Official Capacity
F.C.I.
Elkton, OH 44415

2. Article Number (Transfer from service label) 7004 1160 0001 4461 6610

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature X Y.E. Simpson ☐ Agent ☐ Addressee

B. Received by (Printed Name) Y.E. Simpson C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

RECEIVED AUG 1 6 2005 U.S. DISTRICT COURT

U.S. Department of Justice
United States Marshals Service

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO: Joseph M. Brooks, Warden (Individual Capacity)
F.C.I.
POB 10
Elkton, OH 4415

Civil Action, File Number 05-1203 ~~05-1203~~ RBW

William Shorter, Jr.
V.
Harrel Watts, El Al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

...t part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ...pose. Keep copy 3 for your records.

...OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...other entity, you must indicate under your signature your relationship to that entity. If ...uthorized to receive process, you must indicate under your signature your authority.

...2 of this form to the sender within ___ days, you (or the party on whose behalf you ...ncurred in serving a summons and complaint in any other manner permitted by law.

...f this form, you (or the party on whose behalf you are being served) must answer the ...were sent. If you fail to do so, judgment by default will be taken against you for the ...

...Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was ...

Signature (*USMS Official*)

...OF RECEIPT OF SUMMONS AND COMPLAINT

...ved a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

RECEIVED
AUG 16 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Joseph M. Brooks, Warden, Individual Capacity
FCI
POB 10
Elkton, OH 44415

2. Article Number (Transfer from service label) 7004 1160 0001 9681 5627

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Y E Simpson ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☒ Yes ☐ No
If YES, enter delivery address below:
Y.E. Simpson

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

05-1203 7/27 8-4-05

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)

(10)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO: Denise M. Gottlieb (Individual Capacity)
Mid-Atlantic Region Adm. RemedyClerk
10010 Junction Drive, Ste. 100-N
Annapolis Junction, MD 20701

Civil Action, File Number 05-1203 RBW

William Shorter, Sr.
V.
Harrell Watts, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ... purpose. Keep copy 3 for your records.

... KNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ... other entity, you must indicate under your signature your relationship to that entity. If ... authorized to receive process, you must indicate under your signature your authority.

... 2 of this form to the sender within ___ days, you (or the party on whose behalf you ... incurred in serving a summons and complaint in any other manner permitted by law.

... f this form, you (or the party on whose behalf you are being served) must answer the ... were sent. If you fail to do so, judgment by default will be taken against you for the ...

... Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was ...

Signature (*USMS Official*)

... OF RECEIPT OF SUMMONS AND COMPLAINT

... ved a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

RECEIVED
AUG 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Denise M. Gottlieb, Indiv. Capacity
Mid-Atlantic Reg'l Dir.
10010 Junction Dr.
Annapolis, MD

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Agent ☐ Addressee

B. Received by (Printed Name) Tamika James C. Date of Delivery AUG 08 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 1160 0001 9681 5634

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

05-1203 RBW

(13)

U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO:
K.M. White - Individual Capacity
Mid-Atlantic Regional Dierctor
10010 Juntion Drive, Ste. 100-N
Annapolis Junction, MD 20701

Civil Action, File Number 05-1203 RBW

William Shorter, Jr
V.
Harrell Watts, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ___ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

8/4/05
Date of Signature

[signature]
Signature (*USMS Official*)

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

RECEIVED
2005 AUG -4 P 2:58
U.S. MARSHALS OFFICE
DISTRICT OF COLUMBIA

10010 Junction Dr.
Street Number and Street Name or P.O. Box No.

Annapolis Junction MD 20701
City, State and Zip Code

K mWhite
Signature

Self
Relationship to Entity/Authority to Receive

Service of Process

8/10/05
Date of Signature

Copy 1 - Clerk of Court

Form USM-299
(Rev. 6/95)



U.S. Department of Justice
United States Marshals Service

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL**

United States District Court
for the
District of Columbia

TO: K.M. White - Officeial Capacity
Mid-Atlantic Regional Director
10010 Junction Drive, Ste. 100-N
Annapolis Junction, MD 20701

Civil Action, File Number 05-1203 RBW

William Shorter, Jr.
V.
Harrell Watts, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

8/4/05
Date of Signature

[signature]
Signature *(USMS Official)*

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

10010 Junction Dr.
Street Number and Street Name or P.O. Box No.

Annapolis Junction MD. 20701 ~~21227~~
City, State and Zip Code

K M White
Signature

Self
Relationship to Entity/Authority to Receive

Service of Process

8/10/05
Date of Signature

RECEIVED
2005 AUG -4 P 2:58
U.S. MARSHALS OFFICE
DISTRICT OF COLUMBIA

Copy 1 - Clerk of Court

Form USM-299
(Rev. 6/95)