**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **WILLIAM SHORTER, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 05-1203 (RBW)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **HARLEY LAPPIN,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support

thereof, the grounds stated therefor and the entire record in this matter, it is by the Court

this _____ day of _____, 2005, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or

before December 3, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

William Shorter, Jr.
Reg No. 42863-083
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512