UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM SHORTER, JR.,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1203 (RBW) |
| ) | |
| v. ) | |
| ) | |
| **HARLEY LAPPIN,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2005, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before January 3, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

William Shorter, Jr.
Reg No. 42863-083
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512