UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM SHORTER, JR.,<br><br>      Plaintiff,<br>v.<br><br>HARLEY LAPPIN, et al.,<br><br>      Defendants. | Civil Action No. 05-1203 (RBW) |

### ORDER

In accordance with the Memorandum Opinion issued this 20th day of March, 2006, it is

**ORDERED** that defendants' motion to dismiss or, in the alternative, to transfer venue [Dkt.# 21] is **GRANTED**. It is

**FURTHER ORDERED** that the case is **DISMISSED**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

                                        _____/s/_____
                                        REGGIE B. WALTON
                                        United States District Court